# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI DAVIES,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>LOWES HOME IMPROVEMENT, LLC,<br><br>　　　　Defendant | CASE NO. 1:16-CV-1219 AWI MJS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 31, 2017, Plaintiff filed a notice of errata and amendment to the complaint. See Doc. No. 10.

On February 13, 2017, Defendant filed an objection to Plaintiff's notice of errata. See Doc. No. 11. As part of the objections, Defendant moves to strike Plaintiff's notice as being in violation of the November 18, 2016 Scheduling Order. See id. After reviewing Defendant's objection/motion, the Court finds that it appropriate to set a briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to Defendant's objection/motion on or by February 23, 2017; and

2. Defendant shall file a reply to Plaintiff's response on or by March 2, 2017.[1]

IT IS SO ORDERED.

Dated:   February 14, 2017                              _____
                                                                              SENIOR DISTRICT JUDGE

---

[1] Once the briefing has been received, if the Court determines that a hearing is necessary, it will set a hearing date at that time.