Sally K. Chenault, State Bar No. 122184
CHENAULT LAW
67 Linoberg Street, Suite B
Sonora, CA 95370
Telephone:  (209) 694-3200
Facsimile:   (209) 694-3201
Email: mail@chenaultlaw.com
Attorney for Plaintiff Brandi Davies

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRANDI DAVIES,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME IMPROVEMENT, LLC<br>and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No.: 1:16-CV-1219-AWI-MJS<br><br>**ORDER REJECTING STIPULATION PERMITTING NOTICE OF ERRATA IN LIEU OF SECOND AMENDED COMPLAINT** |

Plaintiff', with the agreement of Defendant, seeks to file a Notice of Errata to her Complaint in lieu of filing an Amended Complaint.

This Court requires that all pleadings be complete in and of themselves without reference to other pleadings. Local Rule 220; <u>Lacey v. Maricopa County</u>, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc).  Accordingly, if Plaintiff wishes to amend her

1  Complaint and Defendant is agreeable to her doing so, she <u>shall</u> do so by filing a

2  Stipulation to file the Amended Complaint, attaching a copy of the agreed Amended

3  Complaint, and stating that Defendant's existing Answer shall serve as an Answer to

4  the Amended Complaint or specifying the time Defendant will have to respond to the

5  Amended Complaint once filed.

6

7  IT IS SO ORDERED.

8  Dated:   April 5, 2017                              /s/ *Michael J. Seng*

9                                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24