| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Sally K. Chenault, State Bar No. 122184<br>CHENAULT LAW<br>67 Linoberg Street, Suite B<br>Sonora, CA 95370<br>Telephone: (209) 694-3200<br>Facsimile: (209) 694-3201<br>Email: mail@chenaultlaw.com<br><br>Attorney for Plaintiff Brandi Davies |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRANDI DAVIES,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME IMPROVEMENT, LLC<br>and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No.: 1:16-CV-1219-AWI-MJS<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2)** |

THE COURT having read and approved the Stipulation to Allow Plaintiff to File Second Amended Complaint, executed by the parties' counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff with withdraw her Notice of Errata filed January 31, 2017;

ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2) - PAGE **1** OF **2**

*Brandi Davies v. Lowe's Homes Centers, LLC*
*Case No.:* 1:16-cv-01219-AWI-MJS

2.      Defendant will withdraw its Objection to the Notice of Errata filed February 13, 2017;

3.      Plaintiff will withdraw her Opposition to Defendant's Objection to Notice of Errata filed February 22, 2017;

4.      Plaintiff will file her Second Amended Complaint; a true and correct copy is attached as Exhibit A to the Stipulation to Allow Plaintiff to File Second Amended Complaint.

5.      Defendant's existing Answer shall serve as an Answer to the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   April 26, 2017                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2) - PAGE **2** OF **2**

*Brandi Davies v. Lowe's Homes Centers, LLC*
*Case No.:* 1:16-cv-01219-AWI-MJS