THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BRANDI DAVIES,<br><br>                Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT, LLC; and DOES 1 through 20, Inclusive,<br><br>                Defendant(s). | Case No.: 1:16-cv-01219-AWI-MJS<br><br>**ORDER EXTENDING THE EXPERT WITNESS DISCOVERY DEADLINE**<br><br>Trial: March 13, 2018<br>Final Pre-Trial Conf.: January 8, 2018 |

Plaintiff BRANDI DAVIES and Defendant LOWE'S HOME CENTERS, LLC submitted a Stipulation to Extend the Expert Witness Discovery Deadline. Upon review of the parties' Stipulation and agreement, and good cause having been shown, the request to modify the Court's November 18, 2016 Scheduling Order is granted.

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the expert witness discovery deadline is extended from August 31, 2017 to **November 9, 2017**. all other dates and deadlines to remain unchanged.

IT IS SO ORDERED.

Dated: September 10, 2017      /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE