# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI DAVIES,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWES HOME IMPROVEMENT,<br><br>        Defendant. | Case No. 1:16-cv-01219-AWI-MJS<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT BY 4:00 P.M. |

A settlement conference in this action is set for October 13, 2017, at 9:30 a.m. before the undersigned. (ECF No. 36.) Pursuant to the August 31, 2017 order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court seven court days prior to the conference date. (Id.) In this instance, the parties' confidential settlement statements were due October 6, 2017. The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendant.

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma. The Court shall require Defendant to submit a meaningful settlement statement and the failure to do so may result in the issuance of

1

sanctions as well as the settlement conference being vacated.

Accordingly, IT IS HEREBY ORDERED that Defendant shall submit a confidential settlement statement to saborders@caed.uscourts.gov by 4:00 p.m. today, Tuesday, October 10, 2017. Failure to submit a confidential statement in compliance with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**October 10, 2017**__

UNITED STATES MAGISTRATE JUDGE