# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI DAVIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWES HOME IMPROVEMENT LLC,<br><br>　　　　Defendant. | Case No. 1:16-cv-01219-AWI-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FOURTEEN DAYS |

The Court conducted a settlement conference in this action on October 13, 2017, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within fourteen (14) days of the date of entry of this order; and

3. Failure to file dispositive documents in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **October 13, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1